In the Matter of the Accounting of FRIEND L. TUTTLE, as Surviving Executor and Trustee under the Will of RICHARD E. ALLEN, Deceased. FRIEND L. TUTTLE, Individually and as Surviving Executor and Trustee under the Will of RICHARD E. ALLEN, Deceased, Respondent and Appellant; CHARLES O. WOOLLEY et al., as Executors of EMILY A. WOOLLEY, Deceased Coexecutor and Cotrustee under the Will of RICHARD E. ALLEN, Deceased, et al., Appellants and Respondents.

Submitted January 5, 1953; decided January 21, 1953.

*Milton Greenbaum* and *Floyd Martin Sheffield* for motion and in opposition to cross motion.

*Friend L. Tuttle,* in person, and *Richard Steel* for cross motion and in opposition to motion.

Motion granted and appeal dismissed.

Cross motion granted to the extent that the appeals of appellants-respondents are dismissed. (See *Matter of Bishop,* 301 N. Y. 498, 500; *Matter of Mittelstaedt,* 304 N. Y. 795.)